IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-072 |
| | ) | |
| CHRISTOPHER DAVID BASKETT | ) | |

**ORDER**

The Court **GRANTS** Defendant's oral motion, (doc. no. 51), and **RESETS** Defendant's deadline for pretrial motions to October 4, 2023. Pursuant to 18 U.S.C. § 3161(h)(7), the period of time—September 13, 2023 through and including October 4, 2023—is excluded in computing the time within which trial must commence because the extension (1) is not for the purpose of delay, but instead to further justice and protect Defendant's right to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; and (2) serves the ends of justice and outweighs all interests in a speedy trial.

SO ORDERED this 13th day of September, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA